```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

            - against -                        O R D E R

LENA LASHER                                12 Cr. 868 (NRB)
   a/k/a Lena Congtang,                    17 Civ. 5925 (NRB)

                    Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed its Memoranda and Orders of April 8, 2019 (ECF No. 422[1]) and October 21, 2019 (ECF No. 484) ("M&Os"), and the underlying motions filed by Lasher (ECF Nos. 408, 409, 410, 411 and 475). Because Lasher has not made a substantial showing of the denial of a constitutional right in those motions, a certificate of appealability will not issue as to those M&Os. See 28 U.S.C. § 2253(c). Pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that any appeal from the M&Os would not be taken in good faith.

**SO ORDERED.**

Dated:   New York, New York
         December 18, 2019

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

---

[1]  The ECF entry numbers cited herein refer to the numbers in 12 Cr. 868 docket.

A copy of the foregoing Order has been sent via FedEx on this date to the following:

Lena Lasher
16 Patton Street
High Bridge, NJ 08829